UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF
CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND,
AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY
FUND, *et al.*

                                      Petitioners,

                    -v-

AKAL BUILDERS OF NY INC.,
                                      Respondent.

25-CV-10164 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioners filed the petition to confirm arbitration and an accompanying memorandum of law on December 8, 2025.  (ECF No. 1; ECF No. 5.)  On December 9, Petitioners filed an affidavit of service.  (ECF No. 7.)  Respondent is warned that it must appear through counsel and file a response to the petition to confirm arbitral award by December 23, 2025.  If it does not, the petition to confirm will be treated as unopposed.

Petitioners shall serve this order on Respondent by close of business on December 11, 2025.

SO ORDERED.

Dated: December 10, 2025
        New York, New York

                                      J. PAUL OETKEN
                                      United States District Judge