**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, et al.,

                              Petitioner,                          25 **CIVIL** 10164 (JPO)

                  -against-                                        **JUDGMENT**

AKAL BUILDERS OF NY INC.,

                              Respondent.
-------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum & Order dated April 22, 2026, the Petitioners' petition to

confirm the arbitration award is GRANTED.  Accordingly, judgment is entered in favor of

Petitioners in the amount of: $58,683.89, plus prejudgment interest calculated at an annual rate

of 9.5% from September 3, 2025 in the amount of $3,558.82; $495.49 in costs arising out of this

proceeding; $2,574.75 in attorney's fees arising out of this proceeding; and post-judgment

interest at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until

payment is made in full.  the case is closed.

**Dated:**  New York, New York

        April 24, 2026                                    **TAMMI M. HELLWIG**
                                                    _____
                                                          **Clerk of Court**

                                          BY:
                                                _____
                                                          **Deputy Clerk**